Andrew J. Moore
7107 Broadway Ave
Lemon Grove Ca 91945

FILED
07 DEC 19 PM 3:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2384 BEN WMC

| | |
|---|---|
| People of the State of California<br><br>     plaintiff<br><br>     vs.<br><br>Andrew J. Moore<br><br>Defendant/ Respondents | Case No:<br><br>**NOTICE OF Removal under 28 UNITED STATES CODE 1443 (1)**<br><br>Of State Court Cause of Action Closed Escrow Account/<br>case no. CD209248 |

Notice to All parties of Interest, Please Take Notice:

   TO THE PLAINTIFF HERETO:

  NOTICE IS HEREBY GIVEN that Defendant Andrew J. Moore a Foreign African National hereby removes this action from the Superior State Court 220 West Broadway Ave San Diego to the United States District Court for the Southern District of California.

The grounds for removal are as follows: (1) This action is therefore a criminal action of which this Court has original Jurisdiction under Ex Post Facto Law ( The None Bonded Penal Code) Which is Repugnant to the U.S. Constitution Article 1 section 10  Prohibits the use of Penal Code Aka Ex post Facto Law and is one which Andrew J. Moore is entitled to remove to

NOTICE OF REMOVAL OF STATE ACTION 28 USC 1443- 1 -

this Court **CAVEAT Judicial Notice** pursuant to **28 U.S.C. §§1443(1),** in that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

And Further state courts Dishonor of Protest of closed escrow account aka Criminal Maritime claims has been pending is state court Removal and I Andrew J. Moore, Foreign African National further have reason to believe the Affirmative Facts, since I'm not a party to the U.S Constitution for it was written for the free white male, and the Essential Facts **California state Constitution has been repealed since 1879** and No Executive Order has been delegated to Superior State court in operating under the color of office and state law, due to the **none Ratification**, and since the 7th amendment doesn't apply to state court nor does state court recognize the Common law only Private International Maritime Law-meaning a old fashions court Martial, therefore **I seek relief first in the original Jurisdiction of District court and alternative as a Foreign African National, Self Governed/ Self Determination seeking Jurisdiction under the foreign Sovereign Immunities Acts, Special- choice- of - Law- Rules International Protocols , the International Criminal Court, Article III Court before appointed of Article III Justice only ,World Court not**-None Legislative Administrative Article II court, The Affirmative Fact **the Constitution for the united States of America, Delegates Executive Order / Criminal power to Prosecute to the ARTICLE III Judicial Branch of Government ARTICLE III Court and NOT To the Executive Branch of Government.** ( Legislative) was delegated Administrative Power/Jurisdiction only, for this reason I Andrew J. Moore have reason to further

believe **65% of African National Human Rights have been in Violations to harvest the Prison Plantations by having first been falsely accused without Proof under 28 USC 1359, Tax Assessment/ Verified sign Valid Claim & laws under ex post facto law legislative never bonded the Penal Code** nor Authorized it and if so it only applies to the district of Columbia, and the Extra-Territory Reservation 10 Miles borders and not apply to the 50 Republic States, the people aka Foreign state National/Foreign African National/ 50million U.S. Slaves Descendants , for this Reason I Andrew J. Moore African National believe My Human Rights have been Violated for Decades ,These Mix Domestic Quiet Wars on African Nationals are In Fact a Direct Invasion of the Law of the Nations, since 1929 Treaties of the United Nations, Geneva Convention which Prohibit Slavery on Maritime state court Prison Plantations and these Crimes Against Humanity, **has and will be denied 99.9%, also Continued Miscarriage of Justice under a Contract of Affreightment under the Gold Fringe Flag of War Army Regulation 840-10( Maritime Jury )vs Common Law Jury under Rules of the World Constitution or cannot enforce in Superior state courts of such State a right under any law providing for equal rights of citizens of the United States, or of all person(s) within the Extra-Territory Jurisdiction thereof"**.

Dec 19, 2007                               Respectfully submitted,

                                           _____
                                           Andrew J. Moore Foreign African National
                                           /UCC 1-207.7 "without prejudice"

IN CUSTODY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## CENTRAL DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>　　　　　　　　　　　　　　　　Plaintiff,<br>　　　　　　　　v.<br>ANDREW JACKSON MOORE,<br>　dob 04/14/43, Booking No. 07772194A;<br>　　　　　　　　　　　　　　　　Defendant | CT No. CD209248<br>DA No. ACC998<br><br>COMPLAINT-FELONY |

INFORMATION

Date: _____

## PC296 DNA TEST STATUS SUMMARY

**Defendant**  
MOORE, ANDREW JACKSON

**DNA Testing Requirements**  
DNA sample required upon conviction

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC476a(a)<br>MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |
| 2 | PC476a(a)<br>MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |
| 3 | PC476a(a)<br>MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |
| 4 | PC476a(a)<br>MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |
| 5 | PC476a(a)<br>MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |
| 6 | PC476a(a)<br>MOORE, ANDREW JACKSON | Felony | 16-2-3 | | |

## CHARGE SUMMARY (cont'd)

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 7 | PC487(a) | Felony | 16-2-3 | | |

MOORE, ANDREW JACKSON

PC1054.3  INFORMAL REQUEST FOR DISCOVERY

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

## CHARGES

### COUNT 1 - NON-SUFFICIENT FUND CHECK - MULTIPLE CHECKS (FELONY)

On or about and between June 29, 2006 and August 9, 2006, ANDREW JACKSON MOORE did unlawfully and fraudulently make, draw, utter, and deliver checks and drafts for the payment of money the total amount of which exceeded two hundred dollars ($200), to wit: 32 checks totalling over $20,000,000, knowing at the time of such making, drawing, uttering, and delivering, that he/she had not sufficient funds in, and credit with, said bank to meet the said checks and drafts and all other checks, drafts and orders upon such funds then outstanding in full upon their presentation for payments; the said defendant at all of said times having the intent then and there to cheat and defraud said persons and corporation in violation of PENAL CODE SECTION 476a(a).

### COUNT 2 - NON-SUFFICIENT FUND CHECK - SINGLE CHECK (FELONY)

On or about June 7, 2006, ANDREW JACKSON MOORE did unlawfully and fraudulently make, draw, utter, and deliver to another a check and draft for the payment of money in the sum of $19,000, check no.1160, drawn upon a bank, knowing at the time of such making, drawing, uttering and delivering, that he had not sufficient funds in, and credit with, said bank to meet the said check and draft and all other checks, drafts and orders upon such funds then outstanding in full upon its presentation for payment; the said defendant at all of said times having the intent to cheat and defraud, in violation of PENAL CODE SECTION 476a(a).

# CHARGES (cont'd)

**COUNT 3 - NON-SUFFICIENT FUND CHECK - SINGLE CHECK (FELONY)**

On or about June 7, 2006, ANDREW JACKSON MOORE did unlawfully and fraudulently make, draw, utter, and deliver to another a check and draft for the payment of money in the sum of $26,000, check no.1161, drawn upon a bank, knowing at the time of such making, drawing, uttering and delivering, that he had not sufficient funds in, and credit with, said bank to meet the said check and draft and all other checks, drafts and orders upon such funds then outstanding in full upon its presentation for payment; the said defendant at all of said times having the intent to cheat and defraud, in violation of PENAL CODE SECTION 476a(a).

**COUNT 4 - NON-SUFFICIENT FUND CHECK - SINGLE CHECK (FELONY)**

On or about July 7, 2006, ANDREW JACKSON MOORE did unlawfully and fraudulently make, draw, utter, and deliver to another a check and draft for the payment of money in the sum of $9,000, check no.1163, drawn upon a bank, knowing at the time of such making, drawing, uttering and delivering, that he had not sufficient funds in, and credit with, said bank to meet the said check and draft and all other checks, drafts and orders upon such funds then outstanding in full upon its presentation for payment; the said defendant at all of said times having the intent to cheat and defraud, in violation of PENAL CODE SECTION 476a(a).

**COUNT 5 - NON-SUFFICIENT FUND CHECK - SINGLE CHECK (FELONY)**

On or about July 8, 2006, ANDREW JACKSON MOORE did unlawfully and fraudulently make, draw, utter, and deliver to another a check and draft for the payment of money in the sum of $4,650, check no. 1175, drawn upon a bank, knowing at the time of such making, drawing, uttering and delivering, that he had not sufficient funds in, and credit with, said bank to meet the said check and draft and all other checks, drafts and orders upon such funds then outstanding in full upon its presentation for payment; the said defendant at all of said times having the intent to cheat and defraud, in violation of PENAL CODE SECTION 476a(a).

**COUNT 6 - NON-SUFFICIENT FUND CHECK - SINGLE CHECK (FELONY)**

On or about July 13, 2006, ANDREW JACKSON MOORE did unlawfully and fraudulently make, draw, utter, and deliver to another a check and draft for the payment of money in the sum of $2,000, check no.1159, drawn upon a bank, knowing at the time of such making, drawing, uttering and delivering, that he had not sufficient funds in, and credit with, said bank to meet the said check and draft and all other checks, drafts and orders upon such funds then outstanding in full upon its presentation for payment; the said defendant at all of said times having the intent to cheat and defraud, in violation of PENAL CODE SECTION 476a(a).

# CHARGES (cont'd)

## COUNT 7 - GRAND THEFT OF PERSONAL PROPERTY

On or about and between July 7, 2006 and July 8, 2006, ANDREW JACKSON MOORE did unlawfully take and steal money and personal property of WASHINGTON MUTUAL BANK, of a value in excess of Four Hundred Dollars ($400), in violation of PENAL CODE SECTION 487(a).

---

NOTICE: Any defendant named on this complaint who is on criminal probation in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose: the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's probation, on any and all such probation grants, utilizing the same evidence, at the preliminary hearing. Defenses to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

The People reserve the right to amend the accusatory pleading to further allege any and all facts in aggravation in light of Cunningham v. California (2007).

Sheriff's records indicate that as of the booking date one or more defendants have not yet provided a DNA sample to the DOJ database. Pursuant to Penal Code Section 296(e), the court shall order collection of DNA from the defendant(s) if advised by the prosecuting attorney that a sample is required but has not been provided by the defendant. Pursuant to Penal Code sections 296/296.1, if not already required from a past conviction, any defendants who have not done so will be required to provide a sample upon conviction of this felony offense.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER CD209248, CONSISTS OF 7 COUNTS.

Executed at San Diego, County of San Diego, State of California, on September 27, 2007.

_____
COMPLAINANT

---

INFORMATION

BONNIE M. DUMANIS
District Attorney
County of San Diego
State of California
by:

_____
Date

_____
Deputy District Attorney

I hereby certify that the foregoing instrument is a full, true & correct copy of the original on file in this office, that said document has not been revoked, annulled or set aside, and it is in full force and effect.

Attest: OCT 0 5 2007

Clerk of the Superior Court of the State of California, in and for the County of San Diego

By _____ Deputy

# UNITED STATES DISTRICT COURT
# SOUTHERN JUDICIAL DISTRICT

## DECLARATION OF SERVICE

'07 CV 2384 BEN WMc

I am over the age of 18 and I hereby attest and confirm that I personally served an Authorized Agent of
**USD COURT**
at their place of business known as **880 FRONT ST**, San Diego, CA 92101, and that I served the following documents:

Notice of Appeal ~~, pts and authorities, affidavit~~, Appeal Removal

To Proof of Service, I do hereby declare to be true and correct to the best of my knowledge and ability that I have served the party(s) named hereon with a true copy of the document within.

This 19TH Day Of December 2007

_____ Signature of Person Serving

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
The People of The State of California
220 W Broadway Ave
San Diego Ca 91945

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number): Same

### DEFENDANTS
Andrew J. Moore
110 Broadway Ave
San Diego Ca 91945

FILED
07 DEC 19 PM 3:42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): Same

'07 CV 2384 BEN WMc

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: 28 USC 1443 (a)

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE ___  DOCKET NUMBER ___

DATE: Dec 19, 2007
SIGNATURE OF ATTORNEY OF RECORD: Andrew J. Moore

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___