_ANDREW JACKSON MOORE_
PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER _____

PLACE OF CONFINEMENT _____

_2107 BROADWAY AVE_
ADDRESS
_LEMON GROVE CA 91945_

FILED

07 DEC 19 PM 3:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ _____ DEPUTY

# United States District Court
## Southern District Of California

_PEOPLE OF THE STATE OF CALIFORNIA_,
Plaintiff/Petitioner/Movant

v.

_ANDREW JACKSON MOORE_
Defendant/Respondent

'07 CV 2384 BEN WMc

Civil No. _____

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _ANDREW JACKSON MOORE_,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question** is True and Correct.
1. Are you currently incarcerated? ☐ Yes ☒ No    (If "No" go to question 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution?    ☐ Yes ☒ No

   Do you receive any payment from the institution? ☐ Yes ☒ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)

H:\CIV-67.wpd

2. Are you currently employed? ☒Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *RANGER PATROL*

   *5562 GROVES AVE*

   *EL CAJON CALIF 92020*

   *$1100 NET*

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance   ☒ Yes ☐ No
   d. Disability or workers compensation   ☒ Yes ☐ No
   e. Social Security, disability or other welfare   ☒ Yes ☐ No
   f. Gifts or inheritances   ☐ Yes ☒ No
   g. Spousal or child support   ☐ Yes ☒ No
   h. Any other sources   ☐ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. *SOCIAL SECURITY $820*

   *DISABILITY $850*

   *RETIREMENT 1100*

4. Do you have any checking account(s)? ☒Yes ☐ No
   a. Name(s) and address(es) of bank(s): *FINANCIAL CREDIT UNION*
   b. Present balance in account(s): *$ 64.*

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☐ No
   a. Name(s) and address(es) of bank(s): *FINANCIAL CREDIT UNION*
   b. Present balance in account(s): *$ 82.*

6. Do you own an automobile or other motor vehicle? ☒Yes ☐ No
   a. Make: *TOYOTA*   Year: *2006*   Model: *SCION*
   b. Is it financed? ☒Yes ☐ No
   c. If so, what is the amount owed? *$19,000 ☒*

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☑ No
   If "Yes" describe the property and state its value._____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how
   much you contribute to their support. _ANITA    WIFE.    (ALL)_____

   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
   PREMIER BANK  $300                    / SEARS 2500 &
   CREDIT ONE BANK $300                  / HSBC 500,
   STORAGES MONTHLY $600/

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks,
    savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone
    else's name]):_____

    _____

    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income
    anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____

    _____

    _____

I declare under  AFFirm        .that the above information is true and correct and understand that a


_DEC 19, 2007_____        _Andrew J Moore_____
        DATE                              SIGNATURE OF APPLICANT